LAW OFFICES
# Madden & Madden
A Professional Corporation
108 Kings Highway East, Suite 200
P.O. Box 210
Haddonfield, New Jersey 08033-0389
Phone 856-428-9520 | Fax 856-428-7335
www.maddenmadden.com

MICHAEL P. MADDEN ▪
PATRICK J. MADDEN †
JOHN-PAUL MADDEN *
MATTHEW P. MADDEN
MICHAEL V. MADDEN *
TIMOTHY R. BIEG *
REGINA M. PHILIPPS *
MARK W. STRASLE *
ROBIN J. GOTTILLA
DAVID E. MADDEN ▫

JAMES J. MADDEN
Of Counsel

▪ RULE 1:40 QUALIFIED MEDIATOR
† CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
* MEMBER OF NJ AND PA BAR
▫ MEMBER OF NJ AND NY BAR

September 16, 2021

<u>Via ECF</u>
Hon. Ann Marie Donio, U.S.M.J.
United States District Court
District of New Jersey Camden
Mitchell H. Cohen U.S. Courthouse
Room 2010
1 John F. Gerry Plaza, 4th & Cooper Sts.
Camden, NJ 08101

**RE: EDMOND BROWN V. HADDON TOWNSHIP, ET ALS.**
**Civil Action Number 1:18-cv-15122**

Dear Magistrate Judge Donio:

As the Court's records will reflect, this office represents the defendants, Haddon Township and Police Officer Robert Mulhern. There presently is a settlement conference scheduled for Wednesday, September 22, 2021 at 10:30 a.m. It should be noted that the settlement conference was adjourned one other time based upon my office's request.

The purpose of this letter is to request another adjournment. It is acknowledged that I had previously requested an adjournment of the first scheduled settlement conference.

My office is short on coverage and I am scheduled for a deposition on Wednesday, September 22, 2021. The deposition has been rescheduled on numerous occasions. Furthermore, I recently discussed the matter with the client and an adjournment will allow the defendant to obtain authority so that the settlement conference would be worthwhile.

Plaintiff's counsel has graciously consented to this request. Moreover, both the undersigned and plaintiff's counsel believe the scheduling order should be amended to include extra time for the completion of the Pretrial Order and Conference.

Respectfully submitted,

MADDEN & MADDEN, P.A.

*s/ Timothy R. Bieg*

Timothy R. Bieg

TRB:da

cc:    Hillary Nappi, Esquire - via ECF
       Conrad J. Benedetto, Esquire - via ECF
       Joseph Nardi, Esquire - via email
       Denise Dorsey, AmeriHealth Casualty (Claim No. 0000015962) - via email